# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE URQUHART-BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 1:18-cv-02213-RCL |
| ) | |
| CUSHMAN & WAKEFIELD, INC. and ) | |
| SHAWN MOBLEY, ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Nicole Urquhart-Bradley ("Plaintiff") and Defendants Cushman & Wakefield, Inc. and Shawn Mobley, ("Defendants"), by their attorneys, hereby notify the Court that the parties have reached a settlement.

Dated: March 7, 2022                                                     Respectfully submitted,

SANFORD HEISLER SHARP, LLP                              SEYFARTH SHAW, LLP

By: /s/ *Deborah K. Marcuse*                                       By: /s/ *Karla Grossenbacher*
Deborah K. Marcuse (DC Bar No. 995380)            Karla Grossenbacher (DC Bar No. 442544)
Austin L. Webbert (Bar No. MD0124)                    Raymond C. Baldwin (DC Bar No. 461514)
Whittney Barth (Bar No. MD0105)                         Samantha L. Brooks (DC Bar No. 1033641)
111 S. Calvert Street, Suite 1950                            975 F Street NW
Baltimore, MD 21202                                               Washington, DC 20004
410-834-7415                                                             202-828-5395
wbarth@sanfordheisler.com                                  kgrossenbacher@seyfarth.com
dmarcuse@sanfordheisler.com                              sbrooks@seyfarth.com
awebbert@sanfordheisler.com                              rbaldwin@seyfarth.com
*Counsel for Plaintiff*                                                 *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2022, a true and correct copy of the foregoing *Joint Notice of Settlement* was filed with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing to the following attorneys of record:

David W. Sanford
dsanford@sanfordheisler.com

Deborah K. Marcuse
dmarcuse@sanfordheisler.com

Austin Webbert
awebbert@sanfordheisler.com

Whitney Barth
wbarth@sanfordheisler.com

                                                  /s/  Karla Grossenbacher
                                                 Karla Grossenbacher

80323337v.1